# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVET CLAVON,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 07-8101-JTL<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: November 13, 2008

                                                /s/
                                     JENNIFER T. LUM
                                     UNITED STATES MAGISTRATE JUDGE